The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| METRO ONE TELECOMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> STARBAK COMMUNICATIONS, INC., <br><br> Defendant. | Case No. C04-425Z <br><br> **STIPULATION AND ORDER OF DISMISSAL** <br><br> **NOTED ON MOTION CALENDAR: December 8, 2005** |

## I.     STIPULATION

Plaintiff Metro One Telecommunications, Inc. ("Metro One") and Defendant Starbak Communications, Inc. ("Starbak") have now resolved all claims relating to the above-captioned litigation. The parties therefore stipulate that this matter be dismissed with prejudice, and without fees or costs awarded to either party.

//
//
//
//
//
//

STIPULATION AND ORDER OF DISMISSAL:
C04-425Z

Heller Ehrman LLP
701 Fifth Avenue, Suite 6100
Seattle, Washington 98104-7098
Telephone (206) 447-0900

DATED this 8th day of December, 2005

                    HELLER EHRMAN, LLP

By: s/ Molly A. Terwilliger
Warren J. Rheaume, WSBA #13627
Molly A. Terwilliger, WSBA #28449
701 Fifth Avenue, Suite 6100
Seattle, WA  98104
Tel:  (206) 447-0900
Fax:  (206 447-0849
E-mail:  warren.rheaume@hellerehrman.com
        molly.terwilliger@hellerehrman.com

Attorney for Plaintiff
Metro One Telecommunications, Inc.

HAHN, LOESER AND PARKS LLP

By: s/ R. Eric Gaum
R. Eric Gaum
One GOJO Plaza, Suite 300
Akron, OH  44311
Tel:  (330) 864-5550
Fax:  (330) 864-7986
E-mail:  regaum@hahnlaw.com

Attorneys for Defendant
Starbak Communications Inc.

STIPULATION AND ORDER OF DISMISSAL:    2
C04-425Z

Heller Ehrman LLP
701 Fifth Avenue, Suite 6100
Seattle, Washington  98104-7098
Telephone (206) 447-0900

## II. ORDER

Having considered the foregoing Stipulation, IT IS HEREBY ORDERED that this matter is dismissed with prejudice, and without fees or costs awarded to either party.

DATED this 8th day of December, 2005.

*[signature: Thomas S. Zilly]*

THE HONORABLE THOMAS ZILLY

Presented by:

HELLER EHRMAN LLP

s/ Molly A. Terwilliger
Warren J. Rheaume, WSBA No. 13627
E-mail: warren.rheaume@hellerehrman.com
Molly A. Terwilliger, WSBA No. 28449
E-mail: molly.terwilliger@hellerehrman.com
Attorneys for Plaintiff Metro One Telecommunications, Inc.

HAHN, LOESER AND PARKS LLP

s/ R. Eric Gaum
R. Eric Gaum
E-mail: regaum@hahnlaw.com
Attorney for Defendant Starbak Communications Inc.

STIPULATION AND ORDER OF DISMISSAL:   3
C04-425Z

Heller Ehrman LLP
701 Fifth Avenue, Suite 6100
Seattle, Washington 98104-7098
Telephone (206) 447-0900

# CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to the following:

R. Eric Gaum
Hahn, Loeser and Parks
One GOJO Plaza, Suite 300
Akron, OH  44311
E-mail:  regaum@hahnlaw.com

Seth J. Berntsen
Garvey Schubert Barer
1191 Second Avenue, 18th Floor
Seattle, WA  98101-2939
E-mail:  sberntsen@gsblaw.com

                                  s/ Anita A. Miller                y
                                  for Molly A. Terwilliger, WSBA #28449
                                  HELLER EHRMAN LLP
                                  701 Fifth Avenue, Suite 6100
                                  Seattle, WA  98104-7098
                                  Tel:  (206) 447-0900
                                  Fax:  (206) 447-0849

12/9/05 8:58 AM ()

STIPULATION AND ORDER OF DISMISSAL:     4
C04-425Z

Heller Ehrman LLP
701 Fifth Avenue, Suite 6100
Seattle, Washington  98104-7098
Telephone (206) 447-0900